UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 08-35799 |
| TOMAS KUPCIUNAS | ) | |
| | ) | Adversary No. 09-00307 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| ANTHONY STELMOKAS | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TOMAS KUPCIUNAS | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SANCTIONING ANTHONY STELMOKAS

THIS CAUSE COMING before this Court upon the motion of TOMAS KUPCIUNAS for Sanctions against Anthony Stelmokas, due notice having been given and the Court being advised in the premises,

**IT IS HEREBY ORDERED:**

Defendant's Motion for Sanctions is granted;

Plaintiff Anthony Stelmokas is ordered to pay Defendant's attorney – Saulius V. Modestas – the amount of $ 2,947.50 within 14 days of the entry of this order.

ENTER: _____
Judge Pamela S. Hollis

DATE: _____JAN 2 1 2010_____

Modestas Law Offices
25 E. Washington St., Ste. 1804
Chicago, IL 60602
A.R.D.C. No. 6278054
(312) 251-4460